No. 72–498. TINDER v. VIRGINIA. Corp. Ct., Norfolk, Va. It appearing that petitioner, a defendant in

a state criminal proceeding, died on March 17, 1973, petition for writ of certiorari dismissed. *Gersewitz* v. *New York,* 326 U. S. 687 (1945).